**P~~ROPOSE~~D ORDER/COVER SHEET**

| | | | |
|---|---|---|---|
| **TO:** | Honorable James Larson<br>Chief U.S. Magistrate Judge | **RE:** | Miguel Murillo Jr. |
| **FROM:** | Richard W. Wieking, Acting Chief<br>U.S. Pretrial Services Officer | **DOCKET NO.:** | CR08-70203 |
| **DATE:** | June 18, 2008 | | |

FILED
2008 JUN 23 PM 2:36
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA.

**THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:**

| | |
|---|---|
| **Rich Sarlatte** | **415-436-7508** |
| U.S. Pretrial Services Officer | TELEPHONE NUMBER |

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

- [x] I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

- [ ] Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

- [ ] Inform all parties concerned that a Bail Review Hearing will be conducted by:
  Magistrate Judge_____ Presiding District Court Judge_____

- [ ] I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

- [ ] Modification(s)

  A.

  B.

- [ ] Bail Revoked/Bench Warrant Issued.

- [ ] I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

- [ ] Other Instructions:

  _Thank you._

_____  6-23-08
**JUDICIAL OFFICER**        **DATE**

Cover Sheet (03/26/08)